Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Pennsylvania__
__Johnstown__ Division

Case No. __3:23-cv-33__
(to be filled in by the Clerk's Office)

IFP Pending
.15JF

__Shaquille Adrian Crawley__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__C/O John Doe Hoffman__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

RECEIVED
FEB 21 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Shaquille Crawley
   All other names by which you have been known: N/A
   ID Number: NT-5942
   Current Institution: SCI: Somerset
   Address: 1590 Walters Mill Rd.
   City: Somerset   State: PA   Zip Code: 15510

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: C/O John Doe Hoffman
   Job or Title (if known): C/O / Correctional Officer
   Shield Number:
   Employer: Department of Corrections
   Address: 1590 Walters Mill Road
   City: Somerset   State: PA   Zip Code: 15510
   [X] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City:   State:   Zip Code:
   [ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____

_____ _____ _____
City                                        State                                  Zip Code

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____

_____ _____ _____
City                                        State                                  Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

CRUEL AND UNUSUAL Punishment, Excessive Force;

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

AT ALL TIMES THE DEFENDANT ACTED UNDER THE COLOR OF STATE OR LOCAL LAW AS A CORRECTIONAL OFFICER AT THE DEPARTMENT OF CORRECTIONS.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On Monday June 14, 2021 approx at 9:40 am I Shaquille Crawley stood outside my cell on DB-9 here at SCI Somerset where my door was secured and I needed it open to get inside. After yelling to Officer Hoffman to open my cell door to no avail, I then approached the desk where I asked if he can open my door for me when Officer Hoffman responded "Get the fuck away from my desk, and I'm writing you up for late lock in!" I then walked off and went to my cell and locked in. Approx. between 9:55 am and 10:05 am Officer Hoffman was doing his rounds securing all cell doors when he passed my cell and I asked from behind the door if I may speak with Officer Hoffman when he stated "Fuck off!" Officer Hoffman continued his rounds when he reached 19 cell I knocked loud and hard on my door to grasp Officer Hoffmans attention, he walked over to my cell where he unlocked my cell door and asked "What the fuck did I want?" I stated, "I wanted to speak to a Lieutenant/white shirt." Officer Hoffman responded "Fuck no!" and slammed my cell door on my left hand middle finger, with enough force that the door partially reopened as I snatched my hand back from the threshold before the door closed completely. Feeling intense pain in my left hand I noticed my left middle finger had intense swelling from the tip to the base, my pointer and ring finger were inflamed with dark red coloring. At that point of time I noticed I had sustained injuries to my left hand from Officer Hoffman slamming the door on my left hand. Immediately I ran my hand under cold water while I asked my cellmate James Lewis #MJ1297 to get Officer Hoffmans attention.

MY CELLMATE BEGINS BANGING ON THE DOOR CALLING OFFICER HOFFMANS NAME. AFTER TELLING ANOTHER INMATE TO GET OFFICER HOFFMAN APPROX. 10 MINS. LATER OFFICER HOFFMAN RETURNS TO MY DOOR AT WHICH POINT OF TIME MY CELLMATE INFORMED HIM THAT I NEEDED MEDICAL ATTENTION AS I SHOWED HIM MY LEFT HAND AND TOLD HIM LOOK AT WHAT HE DID BY SLAMMING MY CELL-DOOR ON MY HAND AND DAMAGING MY FINGER(S) HE STATED "NO I DIDN'T." AND I STATED "YES YOU DID." HE THEN SAID "MAN UP, ITS NOT BROKE. JUST A LITTLE INJURY." ONCE AGAIN I ASKED FOR MEDICAL ATTENTION FOR MY INJURIES WHICH HE AGAIN DENIED ME OF SO I ASKED TO SPEAK TO THE UNIT MANAGER MRS. WILLIAMS. APPROX. 10-15 MINUTES PASS THEN UNIT MANAGER WILLIAMS SHOWS UP AS I EXPLAIN TO HER THAT OFFICER HOFFMAN SLAMMED THE CELL DOOR ON MY FINGER(S) THAT WERE EXTREMELY SWOLLEN ON MY LEFT HAND. ONCE I SHOWED HER MY HAND SHE SAID "WOW, OKAY. NO PAPERWORK I'LL CALL MEDICAL AND GET YOU SEEN, JUST PROMISE ME NO PAPERWORK, I HATE PAPER WORK." APPROX AT 12:00 PM I WAS SEEN BY MEDICAL, A NURSE ANTHONY WHO TOOK PICTURES OF MY INJURIES BEFORE NOTING MY INCIDENT REPORT. SHORTLY AFTER I WAS PERSCRIBED 500 MG OF IBUPROFEN AND SENT BACK TO MY HOUSING UNIT.

/x/ *[signature]* 1-18-23
/?/ SHAQUILLE CRAWLEY #NT5942

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Numbness, intense Pain in left Hand. Complete swelling of the middle finger. Inflamation of Pointer, middle, and Ring fingers.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$2,500.00 for Negligence, Due to a lack of care to Protect shown by Defendant

$2,500.00 for medical damages, due to ongoing, long term pain, and Numbness in finger.

$2,500.00 for Punitive damages, due to Reckless behavior shown by Defendant.

$2,500.00 for Emotional distress, due to the Defendants Hesitation for Failing to seek medical assistance. Which lead to pain and suffering.

$2,500.00 for Diliberate indifference, due to Intentional delay of medical attention/Treatment.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI Somerset

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Medical damages          DiLiberate indifference
Punitive damages         NEGLIGENCE
Emotional distress

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

SCI: Somerset

2. What did you claim in your grievance?

Medical damages, Punitive damages, DiLiberate Indifference.

3. What was the result, if any?

Grievance Denial at all Stages

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Filed grievance to grievance Cordinator, then appealed to facility manager, Lastly to central office.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Family Contacted inmate abuse Hotline.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  Shaquille Crawley

    Defendant(s)  CO' Jane Doe Pettus, CO John Doe Iezeman, Sgt Jane Doe Watson Dr. John Doe Walsh

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    Montgomery County  Pennsylvania

3.  Docket or index number

    20-04795

4.  Name of Judge assigned to your case

    Gary S. Silow, Jr.

5.  Approximate date of filing lawsuit

    3-9-2020

6.  Is the case still pending?

    ☒ Yes

    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-13-23

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: SHAQUILLE CRAWLEY
Prison Identification #: NT-5942
Prison Address: 1590 Walters Mill Rd
Somerset, PA 15510
*City   State   Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
*City   State   Zip Code*
Telephone Number: _____
E-mail Address: _____